## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE: THOMAS L. MIHELIC       Chapter 13
        JENNIFER M. MIHELIC      Case No. 16-55860-MLO
                        Debtor(s).      Hon. Maria L. Oxholm

22682 Poplar Ct.
Hazel Park, MI 48030
SSN: xxx-xx-7840
SSN: xxx-xx-9731
_____/

## OBJECTION TO PROOF OF CLAIM NO. 6-1
## OF MICHIGAN DEPARTMENT OF TREASURY

NOW COME Debtor(s), Thomas & Jennifer Mihelic, and for their objections to the Proof of Claim of the Michigan Department of Treasury in this bankruptcy case state as follows:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy code on November 25, 2016 in the Eastern District of Michigan.

2. Creditor, Michigan Department of Treasury, filed a Priority Proof of Claim, Pacer Claim No. 6-1, for estimated income tax liability for tax year 2015 in the amount of $5,861.48 on April 6, 2017.

3. The Debtors filed their 2015 State of Michigan Tax Returns.

4. The Debtors filed refund reflected a tax liability of $219.00.

**WHEREFORE,** Debtor(s), request that this Honorable Court decrease Creditor's Priority claim be reduced to $219.00, and any further just and equitable relief as this court deems necessary.

Dated: 8/04/2020          */s/ Dickron Bohikian*
                                Dickron Bohikian (P46210)
                                738H W. Grand River Ave.
                                Brighton, MI 48116
                                (810) 494-7172
                                ecf@bohikianlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE: THOMAS L. MIHELIC       Chapter 13
       JENNIFER M. MIHELIC      Case No. 16-55860-MLO
               Hon. Maria L. Oxholm
       Debtor(s).

22682 Poplar Ct.
Hazel Park, MI 48030
SSN: xxx-xx-7840
SSN: xxx-xx-9731
_____/

## ORDER DECREASING PRIORITY PROOF OF CLAIM NO. 6-1
## OF MICHIGAN DEPARTMENT OF TREASURY

This matter having come before the Court on Debtor(s) Objection to Proof of Claim of the Michigan Department of Treasury Service Claim No. 8, all interested parties being notified and the Honorable court being otherwise fully apprised of the premises;

**NOW THEREFORE;**

**IT IS ORDERED** that the Priority Proof of Claim Register No. 6-1 of the Michigan Department of Treasury of $5,861.48, is decreased to $219.00.

## EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN - DETROIT

**In re:** THOMAS L. MIHELIC
JENNIFER M. MIHELIC

**Debtor(s)**
Address: 22682 Poplar Ct.
Hazel Park, MI 48030

SSN: xxx-xx-7840
xxx-xx-9731

Chapter: 13
Case No.: 16-55860-MLO
Judge: Maria L. Oxholm

## NOTICE OF OBJECTION TO CLAIM

Thomas & Jennifer Mihelic have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to disallow or change your claim, then on or before  SEPTEMBER 14, 2020, ou or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    **U.S. Bankruptcy Court**
    211 W. Fort Street
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also send a copy to:
    Thomas & Jennifer Mihelic, 22682 Poplar Ct., Hazel Park MI 48030
    Tammy L. Terry, Chapter 13 Trustee, 535 Griswold, Ste 2100, Detroit, M 48226
    Dickron Bohikian, 738H W. Grand River Ave., Brighton MI 48116

2. Attend the hearing on the objection, scheduled to be held on  SEPTEMBER 21, 2020, at  11:00  a.m. in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date:  August 21, 2020    Signature: /s/ Dickron Bohikian
DICKRON BOHIKIAN (P46210)
Attorney for Debtor(s)
738H W. Grand River Ave.
Brighton, MI 48116
810-494-7172
ecf@bohikianlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

IN RE: Thomas L. Mihelic       Chapter 13
       Jennifer M. Mihelic      Case No. 16-55860-mlo
                                       Hon. Maria L. Oxholm

        Debtor(s).

22682 Poplar Ct.
Hazel Park, MI 48234
SSN: xxx-xx-7840
SSN: xxx-xx-9731
_____/

## **CERTIFICATE OF SERVICE**

       Dickron Bohikian hereby states that on the 4th day of August, 2020, he served electronically or by first class mail, postage pre-paid, a copy of the Debtor's Objection to Proof of Claim of the Michigan Department of Treasury Claim No.6-1, Proposed Order and Notice of Objection to Proof of Claim upon the following:

            Tammy L. Terry
            Standing Chapter 13 Trustee
            535 Griswold, Ste. 535
            Detroit, MI   48226

            Michigan Department of Treasury
            Bankruptcy Unit, PO Box 30168
            Lansing, MI 48909

            Thomas & Jennifer Mihelic
            22682 Poplar Ct.
            Hazel Park, MI 48030

            Michigan Dept. of Attorney General
            SCFRA & Collections Division
            ATTN: Julie A. McMurtry
            3030 W. Grand Blvd.
            Detroit, MI 48202

                                */s/ Dickron Bohikian*
                                Dickron Bohikian (P46210)
                                738H W. Grand River Ave.
                                Brighton, MI 48116
                                (810) 494-7172
                                ecf@bohikianlaw.com