UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

THOMAS L. MIHELIC,
JENNIFER M. MIHELIC,　　　　　　　Case No. 16-55860

　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtors.
_____ /　　Hon. Maria L. Oxholm


# RESPONSE BY THE STATE OF MICHIGAN DEPARTMENT OF TREASURY TO DEBTORS OBJECTION TO ITS CLAIM NO 6-1

Defendant, State of Michigan, Department of Treasury (Treasury), through its attorneys, Dana Nessel, Attorney General, and Moe Freedman, Assistant Attorney General responds as follows.

1.　　On April 6, 2017, Treasury filed proof of claim No. 6-1, which consisted of a priority unsecured tax claim of $5,861.48 and a general unsecured claim in the amount of $1,411.75, for individual income tax debts for 2015; because no return had been filed, the assessments that constituted the claim were for estimated amounts.

2. Debtors filed this objection on August 4, 2020, stating that the 2015 return had been filed, and that the return reflected a lower tax liability than the estimated amounts that appeared on the claim.

3. Debtor did not indicate when the return had been filed, but Treasury has no record of receiving the return, nor has the return been provided to counsel to Treasury.

4. Treasury stands ready to process the 2015 return and amend the claim as appropriate.

The Michigan Department of Treasury respectfully requests that the Debtors' objection to Treasury's claims be denied.

Respectfully submitted,

Dana Nessel
Attorney General

/s/Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
3030 W. Grand Blvd.,
Suite 10-200
Detroit, MI 48202
Phone: (313) 456-0140

Dated September 11, 2020,