# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

**In re**

| | | |
|---|---|---|
| **THOMAS L. MIHELIC** | **CASE No:** | **16-55860-mlo** |
| **JENNIFER M. MIHELIC** | **Chapter** | **13** |
| | **Judge:** | **Maria L. Oxholm** |

         **Debtor(s)**
_____/

## ORDER ADJOURNING HEARING REGARDING

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

(only those boxes checked apply):
☐ Motion to Dismiss Case      ☐ Confirmation of Plan      ☐ Plan Modification
☐ Motion for Relief From Stay as to creditor_____      ☐ Motion for Loan Modification
X Objection to Proof of Claim of creditor _Michigan Department of Treasury_      ☐ Other _____

is adjourned *from* ___12/21/2020_____ at __11:00__ a.m. *to* _02/08/2021__ at __11:00___ a.m.

    It is further ORDERED (only those boxes checked apply):

☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.

☐ Debtor shall file and serve _____ on or before_____.

☐ Other _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.

**Signed on December 16, 2020**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**